No. 82–411. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari granted.

No. 82–342. PHILKO AVIATION, INC. *v.* SHACKET ET UX. C. A. 7th Cir. Certiorari granted limited to Question A presented by the petition.

No. 81–2219. TRAN QUI THAN *v.* REGAN, SECRETARY OF THE TREASURY. C. A. 9th Cir. Certiorari denied.

No. 82–137. LAMMERS *v.* BOYDEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–188. OKLAHOMA *v.* HARRIS. Ct. Crim. App. Okla. Certiorari denied.

No. 82–260. ELLIS ET AL. *v.* JUDGE OF THE PUTNAM CIRCUIT COURT ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–303. CALLICO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–326. MAHANNA *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 82–368. HUDSON FARMS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 82–422. BIERWIRTH ET AL. *v.* DONOVAN, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.